IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNY WAYNE GEORGE                                                                      PLAINTIFF

vs.                                           NO. 2:07CV00077 BSM

DALLAS BROGDON, ET AL                                                                DEFENDANTS

## ORDER

Pursuant to Defendants' motion to dismiss, the case is hereby dismissed with prejudice.

.       IT IS SO ORDERED this 24th day of July, 2008.


_____
UNITED STATES DISTRICT JUDGE